UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| CHARLIE EDGMON, by and through his next friend, THOMAS DEGROOT,<br><br>Plaintiff(s),<br><br>v.<br><br>SUSAN E. BIRCH; COORDINATED CARE OF WASHINGTON, INC.; and SOUND,<br><br>Defendant(s). | CASE NO. 2:22-cv-00287-TL<br><br>MINUTE ORDER |

The following Minute Order is made at the direction of the Court, the Honorable Tana Lin, United States District Judge:

(1) Plaintiff and Defendants Coordinated Care of Washington ("CCW") and Sound (together, the "Settling Parties") have reached a settlement agreement regarding injunctive relief and damages for Plaintiff. Dkt. No. 37. The Settling Parties represent that they will be seeking the appointment of a guardian ad litem for the approval of the settlement, pursuant to Local Civil Rule 17(c). *Id.*

(2) Plaintiff plans to file a stipulation of dismissal of all claims against CCW and Sound upon the finalization of the settlement. *Id.*

(3) Separately, Plaintiff has filed a motion for summary judgment against the only non-settling Defendant, Susan E. Birch. Dkt. No. 38.

(4) Accordingly, it is hereby ORDERED:

    (a) The Parties shall file a request for the appointment of a guardian ad litem **within thirty (30) days** of this Order.

    (b) All pending motions, deadlines, and hearings in this case, including the trial date, are STRICKEN in relation to CCW and Sound, pending their settlement with Plaintiff. The motion for summary judgment and all other deadlines and hearings remain pending as to Defendant Ms. Birch.

Dated this 11th day of August 2022.

Ravi Subramanian
Clerk of the Court

s/ Kadya Peter
Deputy Clerk