UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| CHARLIE EDGMON, by and through his next friend, THOMAS DEGROOT,<br><br>  Plaintiff(s),<br><br>v.<br><br>SUSAN E. BIRCH; COORDINATED CARE OF WASHINGTON, INC.; and SOUND,<br><br>  Defendant(s). | CASE NO. 2:22-cv-00287-TL<br><br>MINUTE ORDER |

The following Minute Order is made at the direction of the Court, the Honorable Tana Lin, United States District Judge:

(1) Plaintiff and Defendant Susan E. Birch have reached a settlement agreement regarding Plaintiff's federal claims for injunctive relief. Dkt. No. 44. Along with the Notice of Settlement, Plaintiff withdrew his pending motion for summary judgment against Ms. Birch. *Id.*

(2) The two settling Parties also represent that they will be seeking the appointment of a guardian *ad litem* for the approval of the settlement, pursuant to Local Civil Rule 17(c). *Id.*

(3) Plaintiff previously filed a notice of a settlement with the other Defendants, Coordinated Care of Washington, Inc. and Sound, in the case. Dkt. No. 37. Upon notification of the prior settlement, the Court set a September 10, 2022, deadline for the Parties to request the appointment of a guardian *ad litem* for that settlement approval. Dkt. No. 42.

(4) Upon finalization of the settlement, Plaintiff plans to voluntarily dismiss all claims asserted against all Defendants. Dkt. No. 44.

(5) Accordingly, it is hereby ORDERED:

    (a) The deadline for the Parties' request for the appointment of a guardian *ad litem* to seek approval of Plaintiff's settlement with (now all) Defendants is RESET for **thirty (30) days** from the date of this Order.

    (b) All other pending motions, deadlines, and hearings in this case, including the pending motion for summary judgment (Dkt. No. 38) and the trial date, are STRICKEN. The Court will set new dates as needed if the Parties are unable to perfect their settlement on a timely basis.

Dated this 26th day of August 2022.

    Ravi Subramanian
    Clerk of the Court

    s/ Kadya Peter
    Deputy Clerk