# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF WASHINGTON
### AT SEATTLE

| | |
|---|---|
| CHARLIE EDGMON, by and through his next friend, THOMAS DEGROOT,<br><br>     Plaintiff(s),<br><br> v.<br><br>SUSAN E. BIRCH; COORDINATED CARE OF WASHINGTON, INC.; and SOUND,<br><br>     Defendant(s). | CASE NO. 2:22-cv-00287-TL<br><br>ORDER ON PARTIES' MOTION FOR GUARDIAN *AD LITEM* |

  This matter is before the Court on the Parties' Proposed Order Appointing Settlement Guardian *ad Litem*, which was converted into a joint motion so that the Court could consider the Parties' request (the "Motion for Guardian *ad Litem*"). Dkt. No. 46. The Parties request that a guardian *ad litem* be appointed for Plaintiff Charlie Edgmon, who has an intellectual disability, to review the terms of the Parties' tentative settlement agreement on Mr. Edgmon's behalf. *Id.* The Motion for Guardian *ad Litem* is accompanied by a "Supported Decision-Making

ORDER ON PARTIES' MOTION
FOR GUARDIAN AD LITEM - 1

Agreement," which shows that Mr. Edgmon has appointed two "supporters" to assist him with "everyday life decisions." Dkt. No. 46-2 at 2.

Local Civil Rule 17(c) provides that, "[i]n every case where the court is requested to approve a settlement involving the claim of a minor or incompetent, an independent guardian ad litem, who shall be an attorney-at-law, must be appointed by the court . . . ."

The Motion for Guardian *ad Litem* contains insufficient supporting details for the Court to decide the Motion. In particular, the Motion for Guardian *ad Litem* is devoid of details regarding the qualifications and any relevant prior relationship with the Parties or their counsel of the Parties' proposed guardian *ad litem*, Ms. Barbara Byram. The Court cannot even determine, on the face of the Motion and its supporting materials, whether Ms. Byram is an attorney, much less whether she is sufficiently qualified and independent to represent Mr. Edgmon's interests in evaluating the Parties' tentative settlement. *See* LCR 17(c).

Accordingly, the Court hereby STRIKES the Motion for Guardian *ad Litem* (Dkt. No. 46) and DIRECTS the Parties to submit, **within fourteen (14) days** of this Order, a renewed motion with supporting materials showing that Ms. Byram is qualified and independent to serve as Mr. Edgmon's guardian *ad litem*.

Dated this 11th day of October 2022.

Tana Lin
United States District Judge

ORDER ON PARTIES' MOTION
FOR GUARDIAN AD LITEM - 2