Hon. Tana Lin

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| CHARLIE EDGMON, by and through his next friend, TOM DEGROOT,<br><br>Plaintiffs,<br>v.<br>SUSAN E. BIRCH, in her official capacity as director of the Washington State Health Care Authority; COORDINATED CARE OF WASHINGTON, INC.; and SOUND,<br><br>Defendants. | NO. 22-cv-287<br><br>[PROPOSED] ORDER APPOINTING SETTLEMENT GUARDIAN AD LITEM |

A Petition for Appointment of Settlement Guardian ad Litem having been filed on behalf of the above-named incapacitated person, the Court finding that the facts set forth give the court jurisdiction over this matter and that pursuant to LCR 17, a Settlement Guardian ad Litem is required to investigate and evaluate the proposed settlement; now therefore,

THE COURT ORDERS

A.  Settlement Guardian ad Litem: <u>BARBARA BYRAM</u> is a person found or known by the court to be a suitable, disinterested person having the requisite knowledge, training and expertise to perform the duties required by LCR 17 and is hereby appointed to represent the interests of the named incapacitated person.

[PROPOSED] ORDER APPOINTING SETTLEMENT
GUARDIAN AD LITEM - 1

PHONE: 206-624-2650

EMAIL: barbarab@aiken.com

B. Compensation of Settlement Guardian ad Litem: The Settlement Guardian ad Litem shall be paid at an hourly rate not to exceed $300 per hour up to a maximum of ten (10) hours, unless *further Court approval* is given *in advance* for additional fees or time.

C. <u>Duties</u>. The Settlement Guardian ad Litem shall have the following duties:

1. To investigate and evaluate the adequacy of the offered settlement in light of the needs and best interests of the incapacitated person.

2. To review written or oral reports from the attorneys, guardians, and medical providers necessary to permit a complete report as required by LCR 17.

3. To provide the court with a written report that addresses the adequacy of the offered settlement and provides a recommendation regarding whether the Court should approve the offered settlement. The report shall include a description, **<u>in depth appropriate to the magnitude of injuries and the amount offered</u>**, of the following information, as a minimum:

a) <u>Summary</u>: State the amount of the settlement that you are recommending, and how the net proceeds will be distributed.

b) <u>Investigation</u>: Describe the investigation you conducted, the persons interviewed, and the documents you reviewed.

c) <u>Description of Incident and Cause of Action</u>: Describe the incident and the affected person's legal claims.

d) <u>Injuries</u>: Describe the injuries, diagnosis, course of treatment, and prognosis for future disability. Attach a copy of a recent supporting medical report or medical record.

[PROPOSED] ORDER APPOINTING SETTLEMENT
GUARDIAN AD LITEM - 2

   e)   Damages:  Describe the special and general damages that are potentially recoverable.

   f)   Liability Issues:  Describe the factors bearing on each potential defendant person or entity's liability, including issues of primary negligence, contributory or comparative negligence, causation and probable chance of recovery.

   g)   Insurance & Assets Available to Satisfy Claim:  State the nature and extent of all insurance coverage or assets available to satisfy the claim, whether maintained through the defendant, the family, or available through government entitlements.

   h)   Liens and Subrogation:  Identify all liens, subrogation, and reimbursement claims.  Make a recommendation regarding how those claims are to be resolved including a recommendation regarding retention in any attorney's trust account of the full amount claimed until the final resolution of the claim.

   i)   Other Claims:  Identify all other claims arising out of the same occurrence.  State whether another family member has a claim arising out of the same occurrence, and whether any family member is or could be a plaintiff or defendant in any action based upon the minor's claim or the occurrence from which it arose.

   j)   Apportionment:  Indicate the amount, basis, and justification for allocating the gross settlement to be paid among the various claimants of the same family or unrelated claimants, if any.  State whether the minor or incapacitated person was independently represented at the time the proposed apportionment was determined.

   k)   Proposed Settlement: Discuss and evaluate the reasonableness of the proposed settlement amount, stating the basis for your valuation of the claim.  Also discuss the form the settlement might take (e.g. blocked account, guardianship, structured settlement, or trust) and the proposed settlement documents.

   l)   Expenses and Fees: Discuss and evaluate the reasonableness of the attorney's fees requested,  costs to be reimbursed, and any other deductions from the proceeds of the claim.

[PROPOSED] ORDER APPOINTING SETTLEMENT
GUARDIAN AD LITEM - 3

        m)    <u>Disposition of Net Proceeds</u>: Set forth your calculation of the net proceeds of the claim. Begin with the proposed offer and subtract attorney's fees and costs, liens and subrogation reimbursements, and settlement guardian ad litem fees. Give your reasons and recommendations regarding as to how the funds should be placed. If a legal guardianship is required, state the nominee and the terms that you recommend. If you recommend a structured settlement, state why that option is preferred; the specific payout schedule recommended and how it relates to the specific needs of the minor; and a statement which includes the cost of the structured portion, the interest rate received, the name and financial rating of the company providing the annuity. If you or any party recommend the creation of a trust as recipient of the settlement funds, give your recommendation as to the special needs of the incapacitated person and how they would be served by having a trust; specific provisions that ought to be included or omitted from the trust; and your nomination of professional to draft the trust, and a recommended fee therefore.

        n)    <u>Settlement Guardian ad Litem Fees</u>: Attach a declaration of your time and services, giving your professional rate and the amounts sought. Indicate who you recommend pay these fees and costs.

        o)    <u>Presence at Hearing</u>: State whether the minor or the Settlement Guardian ad Litem, or which other person(s) should be present at the hearing to approve the settlement.

        p)    <u>Settlement Approval Sought in Other Jurisdiction</u>: State whether the settlement has been submitted for approval in any other court or jurisdiction.

        q)    <u>Conclusion</u>: Give your recommendation as to the adequacy of the offered settlement, and the steps to be followed if you recommend that the settlement not be approved.

D.    The Settlement Guardian ad Litem shall file a report with the court within forty-five (45) days after appointment and provide a copy to each party, or to their counsel, if they are represented.

E.    The cost of bringing this proceeding and the Settlement Guardian ad Litem's fee will be paid as approved as a part of the settlement or is reserved for determination at the time the settlement is submitted to the court.

[~~PROPOSED~~] ORDER APPOINTING SETTLEMENT
GUARDIAN AD LITEM - 4

F.  A court's working copy of the report and supporting documentation shall be delivered not later than seven (7) days preceding the hearing to the Department of the proper case assignment area who will be hearing the matter.

G.  The Settlement Guardian ad Litem shall not employ or retain counsel or experts to assist in these duties except as authorized in advance by the court, and shall promptly advise the court if others have retained such a person without court authorization, including, but not limited to the retention of counsel to initiate litigation or draft a trust.

H.  The Settlement Guardian ad Litem may seek instruction from the court upon application and notice to all parties. If records or portions of the report contain confidential information which may adversely affect the settlement or trial of the claim, the Settlement Guardian ad Litem shall seek direction from the court.

I.  Counsel or party requesting this appointment is directed to provide a copy of this order to the Settlement Guardian Ad Litem.

J.  The Settlement Guardian ad Litem is authorized to participate in mediation and/or other negotiations which may lead to a settlement of the claim of the minor or adult incapacitated person named above.

K.  **Attendance at Hearings.** The presence of the Settlement Guardian ad Litem is required unless waived by the Court in advance of the hearing for good cause shown.

L.  Approximate settlement amount: $273,000.00.

SO ORDERED this 28th day of October 2022.

*(signature)*

Tana Lin
United States District Judge

[PROPOSED] ORDER APPOINTING SETTLEMENT
GUARDIAN AD LITEM - 5