UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| CHARLIE EDGMON, by and through his next friend, TOM DEGROOT,<br><br>      Plaintiffs,<br><br>v.<br><br>SUSAN E. BIRCH, in her official capacity as director of the Washington State Health Care Authority; COORDINATED CARE OF WASHINGTON, INC.; and SOUND,<br><br>      Defendants. | NO.   22-cv-287<br><br>[PROPOSED] ORDER GRANTING JOINT PETITION TO CONTINUE DUE DATE FOR SETTLEMENT GUARDIAN AD LITEM REPORT |

  The Court has considered and hereby GRANTS the Joint Motion to Continue Date for Settlement Guardian ad Litem Report (Dkt. No. 55). In order to provide a sufficient report to the Court pursuant to Local Civil Rule 17, the settlement guardian ad litem needs more time to review additional records and complete her investigation.

  It is hereby ORDERED that a 30-day continuance be granted for the settlement guardian ad litem report.

  SO ORDERED this 12th day of December 2022.

                Tana Lin
                United States District Judge

[PROPOSED] ORDER GRANTING JOINT PETITION TO
CONTINUE DUE DATE FOR SETTLEMENT GUARDIAN
AD LITEM REPORT - 1