Hon. Tana Lin

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| CHARLIE EDGMON, by and through his next friend, THOMAS DEGROOT,<br><br>Plaintiff<br><br>v.<br><br>SUSAN E. BIRCH, in her official capacity as Director of the Washington State Health Care Authority; COORDINATED CARE OF WASHINGTON, INC.; and SOUND,<br><br>Defendants. | No. 22-cv-00287- TL<br><br>ORDER AUTHORIZING GUARDIAN AD LITEM TO EXPEND AN ADDITIONAL TWENTY (20) HOURS |

The Court, having reviewed the Settlement Guardian ad Litem's Petition for Order Authorizing Guardian ad Litem to Expend an Additional twenty (20) hours (Dkt. No. 58),[1] hereby ORDERS:

(1) The Petition is GRANTED.

(2) The Settlement Guardian ad Litem is authorized to expend up to an additional twenty (20) hours, for a total of thirty (30) hours, to complete her review and report for settlement.

//

//

---

[1] The Court notes that, while the Petition does not identify itself as having been stipulated to by the Parties, counsel for all Parties appear to have signed the proposed order attached to the Petition. Dkt. No. 58-2. Therefore, the Court considers the Petition to have been agreed and stipulated to by all Parties.

ORDER AUTHORIZING SGAL TO
EXPEND ADDITIONAL 20 HOURS - 1

(3)     The Settlement Guardian ad Litem is authorized to be paid at the hourly rate of $300.00 for up to a total of thirty (30) hours without further order from the Court.

Dated this 6th day of January 2023.

*[signature]*

Tana Lin
United States District Judge