UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| CHARLIE EDGMON, by and through his next friend, THOMAS DEGROOT,<br><br>    Plaintiff(s),<br>    v.<br><br>SUSAN E. BIRCH; COORDINATED CARE OF WASHINGTON, INC.; and SOUND,<br><br>    Defendant(s). | CASE NO. 2:22-cv-00287-TL<br><br>ORDER TO FILE A JOINT STATUS REPORT |

This matter is before the Court *sua sponte*, on review of the record.

The Parties have tentatively settled this case and seek the Court's approval of the settlement, which is contingent upon the report of the guardian *ad litem* representing Plaintiff Charlie Edgmon. Dkt. No. 50 at 2. On October 28, 2022, the Court appointed the Parties' jointly requested settlement guardian *ad litem* and set a 45-day deadline for the guardian *ad litem* to file a report. Dkt. No. 52. Forty-five days later, on December 12, the Court granted the Parties' joint motion for a 30-day continuance of the guardian *ad litem*'s report. Dkt. Nos. 55, 56.

The deadline for the guardian *ad litem*'s report was January 11, 2023, over a month ago. No report has been filed. Other than seeking (and receiving) authorization for the guardian *ad litem* to work up to 30 additional hours (Dkt. Nos. 58, 59), the Parties have taken no substantive action in this matter, much less sought a timely extension of the report deadline.

Accordingly, the Court hereby DIRECTS the Parties to file a joint status report **within seven (7) days** of this Order, explaining the delay and when the Parties expect the guardian *ad litem* report to be completed. Failure to respond to this Order or provide an adequate justification for the delay may result in the imposition of sanctions, including dismissal.

Dated this 14th day of February 2023.

Tana Lin
United States District Judge